JACOB GILBERT *versus* JAMES MAY.

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Rule to join in error *p. 181; (2) rule to join in error *p. 206; (3) continued *p. 241; (4) motion for reversal *p. 275; (5) judgment reversed *p. 325.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) assignment of errors; (4) writ of scire facias ad audiendum errores and return; (5) alias writ of scire facias ad audiendum errores and return.

*1824–36 Calendar*, MS p. 149.

HARMON CHAMBERLAIN *versus* HENRY SAUNDERS.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Motion to quash certiorari *p. 181; (2) motion to quash overruled *p. 198; (3) continued *p. 241; (4) case argued, submitted *p. 335; (5) proceedings below quashed *p. 351.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) copy of affidavit, etc.; (3) writ of certiorari; (4) return to writ of certiorari; (5) motion to quash certiorari; (6) additional return; (7) assignment of errors, joinder.

*1824–36 Calendar*, MS p. 150.

BENJAMIN DAVIS *versus* ANTOINE LASSELLE.

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Motion to quash writ and to set aside return *p. 181; (2) continued *p. 241; (3) writ quashed, return set aside *p. 335.

PAPERS IN FILE: (1) Precipe for scire facias; (2) letter—attorney to clerk; (3) writ of scire facias and return.

*1824–36 Calendar*, MS p. 148.